FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 7 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

ANTHONY GRANDISON     *
a/k/a Tariq Malik Bilaal
                                    *

      Plaintiff
                                    *

v.                                    Case No. B-94-204
                                    *

RICHARD A. LANHAM, SR., et al.
                                    *

      Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### THIRD CONSENT MOTION AND ORDER
### REGARDING SCHEDULING

Plaintiff, Anthony Grandison, and defendants, Richard A. Lanham, et al., by their respective undersigned attorneys, hereby agree and stipulate to the following scheduling matter, and, therefore, move for the Court to enter the following as an order:

On or before November 15, 1999, plaintiff may disclose his expert witnesses, pursuant to Rule 26(a)(2);

On or before December 13, 1999, defendants may disclose their expert witnesses, pursuant to Rule 26(a)(2);

The discovery deadline and deadline for submission of status reports is January 12, 2000;

The deadline for requests for admission is January 19, 2000; and

The dispositive pretrial motions deadline is February 11, 2000.



#173250

*[signature: SGL]*
Steuart G. Markley, Jr.
  Tydings & Rosenberg LLP
  100 E. Pratt Street, 26th Floor
  Baltimore, Maryland 21202
  (410) 752-9700
  Fax (410) 727-5460
  Federal Bar No. 25452

*[signature: Joseph B. Tetrault /SGL]*
Joseph B. Tetrault
  Prisoner Rights Information System
   of Maryland, Inc.
  100 Church Alley
  Chestertown, Maryland 21620
  (410) 778-3584
  Federal Bar No. 06806

Attorneys for Plaintiff

*[signature: Stephanie Lane-Weber /SGL]*
Stephanie Lane-Weber
  Assistant Attorney General
  200 Saint Paul Place, 19th Floor
  Baltimore, Maryland 21202
  (410) 576-6300
  Federal Bar No. 00023

Attorney for Defendants

#173250

The Honorable Walter E. Black, Jr.
10/01/99
Page 6

**IT IS SO ORDERED.**

Date: _10/7/99_        _/s/ Walter E. Black, Jr._
                      Judge Walter E. Black, Jr.
                      Senior United States District Court Judge

cc:   Steuart G. Markley, Jr., Esquire
      Joseph B. Tetrault, Esquire
      Stephanie Lane-Weber, Esquire

#173250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 1st day of October, 1999, copies of the foregoing Letter, and Consent Motion and Order Regarding Scheduling were sent, by first-class mail, postage prepaid to:

    Joseph B. Tetrault
    Prisoner Rights Information System of Maryland, Inc.
    100 Church Alley
    Chestertown, Maryland 21620
    (410) 778-3584

    Attorney for Plaintiff

    Stephanie Lane-Weber
    Assistant Attorney General
    200 Saint Paul Place, 19th Floor
    Baltimore, Maryland 21202
    (410) 576-6300

    Attorney for Defendants

                                                Steuart G. Markley, Jr.

#173250

ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

October 1, 1999

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460
WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

STEUART G. MARKLEY, JR.
410/752-9738
smarkley@tydingslaw.com

**VIA HAND DELIVERY**

The Honorable Walter E. Black, Jr.
 Senior United States District Court Judge
United States District Court for
 the District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    **Grandison v. Lanham, et al.**
              **Civil Action No. B-94-204**

Dear Judge Black:

     Joseph B. Tetrault and I, on behalf of plaintiff, Anthony Grandison, request a third modification of the Court's Scheduling Order in this case. Counsel for plaintiff has conferred with counsel for defendants who has consented to plaintiff's request for a modification of the Court's Scheduling Order.

     This matter involves complex religious issues. In this regard, plaintiff has made significant progress and has diligently attempted to designate his expert witnesses. Although plaintiff has potentially identified expert witnesses, difficulty has arisen in arranging meetings with such potential experts due to their schedules; in particular, at least one potential expert has been out of the country for an extended period of time, thus, making it impossible for plaintiff to substantively confer with that person and to ultimately designate plaintiff's experts within the time frame as set forth in the current schedule. Accordingly, this necessitates the request for a third modification of the Scheduling Order. Because no trial date has been set, this extension will not prejudice any party.

     We have enclosed a proposed Third Amended Scheduling Order that reflects an additional six (6) week extension for the deadlines as set forth in the previous schedule. It modifies the previous schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures re experts | October 4, 1999 | November 15, 1999 |

#173250

ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

The Honorable Walter E. Black, Jr.
10/01/99
Page 2

| | | |
|---|---|---|
| Defendants' Rule 26(a)(2) Disclosures re experts | November 1, 1999 | December 13, 1999 |
| Discovery Deadline; Submission of Status Reports | December 1, 1999 | January 12, 2000 |
| Requests for Admission | December 8, 1999 | January 19, 2000 |
| Dispositive Pretrial Motions Deadline | December 31, 1999 | February 11, 2000 |

We apologize for the lateness of this request. Thank you for your consideration.

Sincerely,

*[signature]*

Steuart G. Markley, Jr.
  Tydings & Rosenberg LLP
  100 E. Pratt Street, 26th Floor
  Baltimore, Maryland 21202
  (410) 752-9700
  Fax (410) 727-5460
  Federal Bar No. 25452

*[signature]*

Joseph B. Tetrault
  Prisoner Rights Information System
    of Maryland, Inc.
  100 Church Alley
  Chestertown, Maryland 21620
  (410) 778-3584
  Federal Bar No. 06806

Attorneys for Plaintiff

#173250

ATTORNEYS AT LAW

## TYDINGS & ROSENBERG LLP

The Honorable Walter E. Black, Jr.
10/01/99
Page 3

*/s/ Stephanie Lane-Weber*
Stephanie Lane-Weber
Assistant Attorney General
200 Saint Paul Place, 19th Floor
Baltimore, Maryland 21202
(410) 576-6300
Federal Bar No. 00023

Attorney for Defendants

Enclosure

#173250