IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| **ANTHONY GRANDISON** <br> a/k/a **Tariq Malik Bilaal** <br><br> **Plaintiff** <br><br> v. <br><br> **RICHARD A. LANHAM, SR.,** et al. <br><br> **Defendants** | \* <br> \* <br> \* <br> \* <br> Case No. B-94-204 <br> \* <br> \* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## FOURTH CONSENT MOTION AND ORDER
## <u>REGARDING SCHEDULING</u>

Plaintiff, Anthony Grandison, and defendants, Richard A. Lanham, <u>et al.</u>, by their respective undersigned attorneys, hereby agree and stipulate to the following scheduling matter, and, therefore, move for the Court to enter the following as an order:

On or before December 13, 1999, plaintiff may disclose his expert witnesses, pursuant to Rule 26(a)(2);

On or before January 10, 2000, defendants may disclose their expert witnesses, pursuant to Rule 26(a)(2);

The discovery deadline and deadline for submission of status reports is February 9, 2000;

The deadline for requests for admission is February 16, 2000; and

The dispositive pretrial motions deadline is March 10, 2000.

#179678

The Honorable Walter E. Black, Jr.
11/12/99
Page 4

_____
Steuart G. Markley, Jr.
   Tydings & Rosenberg LLP
   100 E. Pratt Street, 26th Floor
   Baltimore, Maryland  21202
   (410) 752-9700
   Fax (410) 727-5460
   Federal Bar No. 25452

_____
Joseph B. Tetrault
   Prisoner Rights Information System
     of Maryland, Inc.
   100 Church Alley
   Chestertown, Maryland  21620
   (410) 778-3584
   Federal Bar No. 06806

Attorneys for Plaintiff

_____
Stephanie Lane-Weber
   Assistant Attorney General
   200 Saint Paul Place, 19th Floor
   Baltimore, Maryland  21202
   (410) 576-6300
   Federal Bar No. 00023

Attorney for Defendants

#173250

The Honorable Walter E. Black, Jr.
11/12/99
Page 5

**IT IS SO ORDERED.**

Date: ~~November~~ 16, 1999

Judge Walter E. Black, Jr.
Senior United States District Court Judge

cc:   Steuart G. Markley, Jr., Esquire
      Joseph B. Tetrault, Esquire
      Stephanie Lane-Weber, Esquire

#173250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 12th day of November, 1999, copies of the foregoing Letter, Consent Motion and Order Regarding Scheduling were sent, by first-class mail, postage prepaid to:

>Joseph B. Tetrault, Esquire
>Prisoner Rights Information System of Maryland, Inc.
>100 Church Alley
>Chestertown, Maryland 21620
>(410) 778-3584
>
>Attorney for Plaintiff
>
>
>Stephanie Lane-Weber, Esquire
>Assistant Attorney General
>200 Saint Paul Place, 19th Floor
>Baltimore, Maryland 21202
>(410) 576-6300
>
>Attorney for Defendants

_____
Steuart G. Markley, Jr.

#179678

NOV 12 1999

**ATTORNEYS AT LAW**

# TYDINGS & ROSENBERG LLP

November 12, 1999

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

STEUART G. MARKLEY, JR.
410/752-9738
smarkley@tydingslaw.com

**VIA HAND DELIVERY**

The Honorable Walter E. Black, Jr.
  Senior United States District Court Judge
United States District Court for
  the District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

_____ FILED     _____ ENTERED
_____ LODGED   _____ RECEIVED

NOV 17 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____                    DEPUTY

   Re:   **Grandison v. Lanham, et al.**
         **Civil Action No. B-94-204**

Dear Judge Black:

   Joseph B. Tetrault and I, on behalf of plaintiff, Anthony Grandison, request a fourth modification of the Court's Scheduling Order in this case. Counsel for plaintiff has conferred with counsel for defendants who has consented to plaintiff's request for a modification of the Court's Scheduling Order.

   We have enclosed a proposed Fourth Amended Scheduling Order that reflects an additional four (4) week extension for the deadlines as set forth in the previous schedule. It modifies the previous schedule as follows:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures re experts | November 15, 1999 | December 13, 1999 |
| Defendants' Rule 26(a)(2) Disclosures re experts | December 13, 1999 | January 10, 2000 |
| Discovery Deadline; Submission of Status Reports | January 12, 2000 | February 9, 2000 |
| Requests for Admission | January 19, 2000 | February 16, 2000 |
| Dispositive Pretrial Motions Deadline | February 11, 2000 | March 10, 2000 |

#179678

ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

The Honorable Walter E. Black, Jr.
11/12/99
Page 2

We apologize for the lateness of this request. Thank you for your consideration.

Sincerely,

*/s/*

Steuart G. Markley, Jr.
  Tydings & Rosenberg LLP
  100 E. Pratt Street, 26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700
  Fax (410) 727-5460
  Federal Bar No. 25452

*/s/*

Joseph B. Tetrault
  Prisoner Rights Information System
   of Maryland, Inc.
  100 Church Alley
  Chestertown, Maryland  21620
  (410) 778-3584
  Federal Bar No. 06806

Attorneys for Plaintiff

*/s/*

Stephanie Lane-Weber
  Assistant Attorney General
  200 Saint Paul Place, 19th Floor
  Baltimore, Maryland  21202
  (410) 576-6300
  Federal Bar No. 00023

Attorney for Defendants

Enclosure

#173250