# PRISONER RIGHTS INFORMATION SYSTEM OF MARYLAND
## INCORPORATED

DAVID C. WRIGHT
(EXECUTIVE DIRECTOR)

STEPHEN Z. MEEHAN
(PRINCIPAL COUNSEL)

JOSEPH B. TETRAULT
(CHIEF STAFF COUNSEL)

FRANZELLA STARKEY

PAULINE K. WHITE

100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND 21620-1506

TELEPHONE 410-778-5334
FACSIMILE 410-810-0952

11 EAST CHASE STREET
SUITE 3-A
BALTIMORE, MARYLAND 21202
TELEPHONE 410-625-7546
FACSIMILE 410-625-0681

NORMA JEAN BOONE
(OFFICE ADMINISTRATOR)

April 6, 2000

The Honorable Walter E. Black, Jr.
Senior United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: *Grandison v. Lanham, et al.*, Civil No. B-94-204

Dear Judge Black:

Please allow this letter to serve as the parties' joint request for an extension of the scheduling order by one month.

The parties are asking for an additional month due to difficulties in the scheduling of a deposition. We had arranged to depose Warden Corcoran of the Maryland Correctional Adjustment Center at the prison on April 5, 2000, but the one room that would have allowed the Plaintiff to attend the deposition was not available on that date. We have rescheduled Warden Corcoran's deposition for May 17, 2000.

The current date for completion of discovery is April 17, 2000. The current date for serving requests for admission is April 20, 2000. The current date for filing potentially dispositive pretrial motions is May 17, 2000. The parties propose that discovery be completed on May 17, 2000, that requests for admission be served by May 20, 2000, and that any potentially dispositive pretrial motions be filed by June 16, 2000.

Request Granted this **7th** day of April, 2000.

_____

WALTER E. BLACK, JR.
SENIOR JUDGE

April 6, 2000
Page two


Ms. Stephanie Lane-Weber, Assistant Attorney General and counsel for Defendants, has reviewed a facsimile of this letter and concurs in its filing. We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Joseph B. Tetrault
Staff Attorney
Counsel for Mr. Grandison

cc:

Stephanie Lane-Weber, Esq.
Steuart G. Markley, Jr., Esq.