MAY 2 ̇ ̇000

J. JOSEPH CURRAN, JR.
**Attorney General**
Slaneweber@oag.state.md.us

E-MAIL

CARMEN M. SHEPARD
DONNA HILL STATON
**Deputy Attorneys General**



(410) 576-6880

TELECOPIER NO.

STATE OF MARYLAND
OFFICE OF THE ATTORNEY GENERAL
May 25, 2000

(410) 576-6340

WRITER'S DIRECT DIAL NO.

**Hand-Delivered**

The Honorable Walter E. Black, Jr.
Senior United States District Court Judge
United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201



Re: *Anthony Grandison a/k/a Tariq Malik Bilaal v Richard A. Lanham, et al.*
Civil Action No. B-94-204

Dear Judge Black:

This is a consented request to extend the scheduling order. At Plaintiff's request, Warden Corcoran's deposition began and continued on May 17, 2000 but due to unforeseen scheduling difficulties has not been completed. The parties have conferred and have agreed to request an extension of the scheduling order so that Warden Corcoran's deposition may be completed, as well as several discovery matters now being considered. To that end, all counsel request that the scheduling order be modified to the following:

- Discovery deadline is extended to July 28, 2000
- Request for Admissions deadline is extended to August 4, 2000
- Dispositive motions will be filed by August 25, 2000.

Thank you for your patience and consideration. If this is not sufficient to constitute the status report contemplated by the Court's May 24, 2000 Order, please advise.

Extension GRANTED this 26th day of May, 2000.

_____
WALTER E. BLACK, JR.
SENIOR JUDGE

cc: Court file
    All counsel

Very truly yours,

Stephanie Lane-Weber

200 Saint Paul Place ♦ Baltimore, Maryland 21202-2021
Telephone Numbers: (410) 576-6300 ♦ D.C. Metro 470-7534
Telephone for Deaf: (410) 576-6372