J JOSEPH CURRAN, JR.
**Attorney General**

Slaneweber@oag.state.md.us
E-MAIL

(410) 576-6880
TELECOPIER NO.

CARMEN M. SHEPARD
DONNA HILL STATON
**Deputy Attorneys General**

JUL 3 1 2000
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -8 A 9: 27

# STATE OF MARYLAND
# OFFICE OF THE ATTORNEY GENERAL
CLERK'S OFFICE
BALTIMORE
BY_____DEPUTY

(410) 576-6340
WRITER'S DIRECT DIAL NO.

July 28, 2000

**HAND DELIVERED**

The Honorable Walter E. Black, Jr.
Senior United States District Judge
United States District Court for the
   District of Maryland
United States Courthouse
101 W. Lombard Street
7th Floor, Room 710
Baltimore, MD 21201

  Re:  *Grandison v. Lanham*
       Civil Action, No. B-94-204

Dear Judge Black:

  Kindly grant an extension of time until October 28, 2000, so that the parties may continue and complete discovery. All parties jointly request this extension. Discovery is presently scheduled to end today, but both sides of the case need to take additional discovery. To date, discovery has proceeded amicably and no discovery disputes are anticipated.

  Thank you for your consideration.

                                      Respectfully submitted,

                                      S. Lane Weber /py
                                      Stephanie Lane-Weber

cc: Steuart Markley, Esq.
    Joseph B. Tetrault, Esq.

G:\LANEWEBS\WPDATA\black.ltr.grandison.wpd

Extension GRANTED this 7th day of August, 2000; Discovery Deadline extended to October 28, 2000; Motions deadline extended to November 28, 2000.
                                      /s/ Wm. J. [signature]
                                      Chambers Judge

