IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND



ANTHONY GRANDISON
a/k/a Tariq Malik Bilaal

    Plaintiff

v.                                         Case No. B-94-204

RICHARD A. LANHAM, SR., et al.

    Defendants

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Please strike the appearance of Steuart G. Markley, Jr., from the above-referenced case. Please enter the appearance of Michael D. Berman, Esq., of Tydings & Rosenberg LLP in the above-referenced case. Further, Joseph B. Tetrault, Esq., remains counsel of record for Plaintiff.

                                                                                   Respectfully submitted,

| | |
|---|---|
| Steuart G. Markley, Jr., Federal Bar No. 25452 | Michael D. Berman, Federal Bar No. 3010 |
| Tydings & Rosenberg LLP | Tydings & Rosenberg LLP |
| 100 E. Pratt Street, 26th Floor | 100 E. Pratt Street, 26th Floor |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| (410) 752-9700 | (410) 752-9700 |
| Fax (410) 727-5460 | Fax (410) 727-5460 |

Attorneys for Plaintiff

APPROVED this **30th** day of August, 2000.

_____
**WALTER E. BLACK, JR.
SENIOR JUDGE**

#217661

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 22 day of August, 2000, a copy of the foregoing Notice of Withdrawal and Entry of Appearance was sent, by first-class mail, postage prepaid to:

>Stephanie Lane-Weber, Esq.
>Office of the Attorney General
>200 Saint Paul Place, 19th Floor
>Baltimore, Maryland  21202
>
>Attorney for Defendants
>
>Joseph Tetrault, Esq.
>Prisoner Rights Information System of Maryland, Inc.
>11 East Chase Street, Suite 3-A
>Baltimore, Maryland  21202
>
>Attorney for Plaintiff

_____
Steuart G. Markley, Jr.

#217661