IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 15 2000

| | | |
|---|---|---|
| **ANTHONY GRANDISON** a/k/a Tariq Malik Bilaal | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No. B-94-204 |
| | * | |
| **RICHARD A. LANHAM, SR., et al.** | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND CONSENT ORDER

Now come all of the parties to this action by the undersigned, their attorneys, and stipulate and agree that the Plaintiff shall be permitted to file a Third Amended Complaint.

WHEREFORE, the parties pray that this Court approve this Stipulation and enter it as a Consent Order.

APPROVED this 15th day
of November, 2000.

_Walter E. Black, Jr._
Walter E. Black, Jr.
Senior Judge

Joseph B. Tetrault
Prisoner Rights Information System of
Maryland, Inc.
100 Church Alley
Chestertown, Maryland 21620
(410) 778-3584
Federal Bar No. 06806

#229018

_____
Michael D. Berman
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (fax)
Federal Bar No. 3010

Attorneys for Plaintiff Anthony Grandison


_____
Stephanie Lane-Weber
Assistant Attorney General
200 Saint Paul Place, 19th Floor
Baltimore, Maryland 21202

Attorneys for Defendants


SO ORDERED this _____ day of _____, 2000. Copies to be mailed to counsel.


_____
Walter E. Black, Jr.
United States District Judge

#229018