IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY GRANDISON | * |
| Plaintiff, | * |
| v. | *   Civil No. B-94-204 |
| RICHARD LANHAM, ET AL.,* | |
| Defendants. | * |

\* * * * * * * * * * * * * *

## ORDER

The aforegoing Consented Motion for Leave of Court to Depose Inmate Confined in the Maryland Division of Correction, having been read and considered, it is this 1st day of December, 2000, by the United States District Court for the District of Maryland,

**ORDERED**, pursuant to Fed.R.Civ.P. 30(a)(2) that Defendant Warden Thomas Corcoran is hereby granted leave to depose inmate Anthony Grandison on Thursday, December 7, 2000 at 10:00 a.m. to continue, if necessary, at the Maryland Correctional Adjustment Center in Baltimore, Maryland.

WALTER E. BLACK, JR.
Senior United States District Judge