IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY GRANDISON<br>a/k/a Tariq Malik Bilaal        * | |
|       * | |
| Plaintiff                        * | |
| v.                                * | Case No. B-94-204 |
| RICHARD A. LANHAM, SR., et al.   * | |
| Defendants               * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY AND WITHDRAWAL OF APPEARANCE

Now comes Michael D. Berman, individually, and withdraws his appearance in the above-captioned matter and states that he will be leaving Tydings & Rosenberg, LLP. Please enter the appearance of William W. Carrier on behalf of Plaintiff.

 

William W. Carrier, Bar No. 08453
Tydings & Rosenberg, LLP
100 East Pratt Street, Floor 26
Baltimore, Maryland 21202
410-752-9700 – Telephone
410-727-5460 – Fax

Attorney for Plaintiff

Michael D. Berman, Bar No. 3010
Tydings & Rosenberg, LLP
100 East Pratt Street, Floor 26
Baltimore, Maryland 21202
410-752-9700 – Telephone
410-727-5460 – Fax

APPROVED this 28th day of December, 2000.

Walter E. Black, Jr.
Senior Judge

#234598
G03196.043215

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 21st day of **December, 2000**, a copy of the foregoing Entry and Withdrawal of Appearance was mailed, by first-class mail, postage prepaid, to:

> Stephanie Lane-Weber, Esquire
> Assistant Attorney General
> 200 Saint Paul Place, 19th Floor
> Baltimore, Maryland 21202
>
> Attorney for Defendants

_____
William W. Carrier

**SO ORDERED**:

_____
Judge

#234598
G03196.043215

2