JAN 30 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY GRANDISON<br>a/k/a Tariq Malik Bilaal<br><br>Plaintiff<br><br>v.<br><br>RICHARD A. LANHAM, SR., et al.<br><br>Defendants | *<br>*<br>*<br>*<br>Case No. B-94-204<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

It appears that the parties are actively engaged in settlement discussions and wish this case to remain inactive until it can be closed by settlement or the parties have concluded, unsuccessfully, their negotiations. It further appears that there is no reason for this case to remain in active and open status provided that it can be reopened if, and when, necessary without adverse effect upon the rights of any party hereto. Accordingly:

1. This case is STAYED pending conclusion of ongoing settlement negotiations.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application within 60 days of the entry of this Order, of any party hereto based upon the failure to consummate the settlement proceeding or other good cause.

3. The administrative closing of this case shall not affect any rights of the respective parties in this, or any other, proceeding.

4. The Clerk of the Court shall send copies of this Order to all parties or their counsel of record.

SO ORDERED THIS 6th DAY OF FEBRUARY, 2001.

Walter E. Black, Jr.
Senior Judge

SO ORDERED THIS ____ DAY OF _____, 2001.

_____
Walter E. Black, Jr.
United States District Judge

#238172                                    2