IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRANDISON**  *
a/k/a **Tariq Malik Bilaal**
                            *
    **Plaintiff**
                            *
v.                                                            Case No. B-94-204
                            *
**RICHARD A. LANHAM, SR.,** <u>et al.</u>
                            *
    **Defendants**
                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER TO REOPEN AND REACTIVATE CASE

It appears that the parties have unsuccessfully attempted to consummate a settlement of the issues in this case. By motion, Plaintiff requests that this case be reopened and reactivated.

**IT IS SO ORDERED**:

_____
~~Walter E. Black, Jr.~~  Joseph H. Young
United States District Judge

April 9, 2001

#247846