IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRANDISON** <br> a/k/a **Tariq Malik Bilaal** <br><br> Plaintiff <br><br> v. <br><br> **RICHARD A. LANHAM, SR., et al.** <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br> Case No. B-94-204 |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY AND WITHDRAWAL OF APPEARANCE

NOW COMES Tydings & Rosenberg LLP pursuant to Maryland Civil Rule 101 (2)(a) to withdrawal its appearance in the above-captioned matter. The appearance of Joseph Tetrault, attorney for the Prisoner Rights Information System of Maryland, remains in this case on behalf of Plaintiff.

APPROVED this 10th day of April, 2001.

/s/ Walter E. Black
Walter E. Black,
Senior Judge

William W. Carrier, Bar No. 08453
John P. Isa, Bar No. 26273
Tydings & Rosenberg, LLP
100 East Pratt Street, Floor 26
Baltimore, Maryland 21202
410-752-9700 – Telephone
410-727-5460 – Fax

Attorneys for Plaintiff

#248102

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this _____ day of April 2001, a copy of the foregoing to Entry and Withdrawal of Appearance was mailed, by first-class mail, postage prepaid, to:

Stephanie Lane-Weber, Esquire
Assistant Attorney General
200 Saint Paul Place, 19th Floor
Baltimore, Maryland 21202

Attorney for Defendants

_____
John P. Isa

#248102                              2