JUN 18 2001

## PRISONER RIGHTS INFORMATION SYSTEM OF MARYLAND
### INCORPORATED

DAVID C. WRIGHT
(EXECUTIVE DIRECTOR)

STEPHEN Z. MEEHAN
(PRINCIPAL COUNSEL)

JOSEPH B. TETRAULT
(CHIEF STAFF COUNSEL)

FRANZELLA STARKEY

PAULINE K. WHITE

100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND 21620-1506

TELEPHONE 410-778-5334
FACSIMILE 410-810-0952

11 EAST CHASE STREET
SUITE 3-A
BALTIMORE, MARYLAND 21202
TELEPHONE 410-625-7546
FACSIMILE 410-625-0681

NORMA JEAN BOONE
(OFFICE ADMINISTRATOR)

June 15, 2001

The Honorable Walter E. Black, Jr.
Senior United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: *Grandison v. Lanham, et al.*, Civil No. B-94-204; *Siler v. Simms, et al.*, Civil No. B-98-3142

Dear Judge Black:

Please allow this letter to serve as the Plaintiffs' request for additional time to file the Third Amended Complaint in the *Grandison* case and the Second Amended Complaint in the *Siler* case. I am requesting an additional four weeks, up to and inclusive of July 6, 2001. Stephanie Lane-Weber, Assistant Attorney General and counsel for the Defendants, has no objection.

I apologize for this late request. The habeas docket in the Maryland courts has been occupying most of my energies.

I thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Joseph B. Tetrault
Counsel for Messrs. Grandison & Siler

cc: Stephanie Lane-Weber, Esq.

APPROVED this 18th day of June, 2001.

Walter E. Black, Jr.
Senior Judge