FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 22 P 2: 58

IN THE UNITED STATES DISTRICT COURT CLERK'S OFFICE
FOR THE DISTRICT OF MARYLAND    AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| ANTHONY GRANDISON, | * | |
| a/k/a Tariq Malik Bilaal, | * | |
| Plaintiff | * | |
| | * | ✓ |
| v. | * | Civil No. B-94-204 |
| | * | |
| RICHARD A. LANHAM, SR., et al., | * | |
| Defendants | * | |
| | * | |

oOo

## ORDER

Upon consideration of the Defendants' request pursuant to Fed. R. Civ. P. 30(a)(2) for leave to depose upon oral examination a person confined in prison, it is this the _____ day of ____ Oct. ____, 2001, by the United States District Court for the District of Maryland, ORDERED, that said request be and is hereby GRANTED, and the deposition of Plaintiff Anthony Grandison shall take place on November 13, 2001, at 10:00 a.m., at the Maryland Correctional Adjustment Center, Baltimore, Maryland, and it is further, ORDERED, that the Clerk of the Court shall mail true-test copies of this Order to counsel of record.

Walter E. Black, Jr.
Senior United States District Judge