J. JOSEPH CURRAN, JR.  
**Attorney General**

Slaneweber@oag.state.md.us

E-MAIL



CARMEN M. SHEPARD  
DONNA HILL STATON  
**Deputy Attorneys General**

FILED  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND

2002 JAN 18  P 2: 37

CLERK'S OFFICE  
AT BALTIMORE

BY_____DEPUTY

(410) 576-6880  
TELECOPIER NO.

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL
January 17, 2002

(410) 576-6340  
WRITER'S DIRECT DIAL NO.

*Hand-Delivered*  
The Honorable Walter E. Black, Jr.  
Senior United States Judge  
United States District Court for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

     Re:    *Grandison v. Lanham, et al.*, Civil No. B-94-204  
             *Siler v. Simms, et al.*, Civil No. B-98-3142  
             Status Report and Request for Extension of Time

Dear Judge Black:

     Kindly consider this as a joint status report regarding the above-referenced cases.

     Counsel have continued to cooperate with one another during discovery and the depositions of Mr. Grandison and his Islamic expert have been completed. No further depositions are anticipated at this time. To complete discovery, however, some additional written discovery needs to be addressed. Counsel for the parties have conferred about that discovery and believe that, with your permission to extend the discovery deadline, it should be finished within two month's time. In light of this, the parties also request additional time in which to file their dispositive motions and responses thereto. Defense counsel asks for this time also because she is exploring whether to contest the constitutionality of the Religious Land Use and Institutionalized Persons Act, one of Mr. Grandison's causes of action.

     Accordingly, counsel jointly ask that the deadline for discovery be extended to March 16, 2002, that dispositve pre-trial motions be filed by April 16, 2002, with responses thereto by May 2, 2002 and replies thereto in accordance with the Local Rules.

     Thank you for your consideration.

**Request APPROVED this 18th day of January, 2002.**

_____  
**Walter E. Black, Jr.**  
**Senior Judge**

    cc:   Joseph B. Tetrault, Esq.  
          Court files: Civil No. B-94-204; Civil No. B-98-3142

Very truly yours,

*Stephanie Lane-Weber*  
Stephanie Lane-Weber