IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRANDISON                        *
a/k/a TARIQ MALIK BILAAL
                                         *
          Plaintiff
                                         *
     vs.                        CIVIL ACTION NO. MJG-94-204
                                         *
RICHARD A. LANHAM, SR., et al.
                                         *
          Defendants
*        *        *        *        *        *        *        *        *

ORDER

In accordance with the agreement of counsel:

    1.   Defendants' Motion to Dismiss [Paper 7-1] is DENIED WITHOUT PREJUDICE.

    2.   Defendants' Motion for Summary Judgment [Paper 7-2] is DENIED WITHOUT PREJUDICE.

    3.   Defendants' Supplemental Motion to Dismiss [Paper 34-1] is DENIED WITHOUT PREJUDICE.

    4.   Defendants' Supplemental Motion for Summary Judgment [Paper 34-2] is DENIED WITHOUT PREJUDICE.

SO ORDERED this _31st_ day of October, 2002.

Marvin J. Garbis
United States District Judge