IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRANDISON                    *
a/k/a TARIQ MALIK BILAAL
                                     *
            Plaintiff
                                     *
      vs.                                CIVIL ACTION NO. MJG-94-204
                                     *
RICHARD A. LANHAM, SR., et al.
                                     *
            Defendants
*     *     *     *     *     *     *     *     *

ORDER

In accordance with the proceedings held in this matter on October 30, 2002:

    1.    By separate Order the Court shall refer this case to a Magistrate Judge not otherwise involved in this case to conduct confidential Alternate Dispute Resolution proceedings.

        a.    Except as agreed by the parties, statements made in settlement proceedings shall be maintained in confidence by the Magistrate Judge.

        b.    The Court shall be kept aware of the status of settlement negotiations and the prognosis for a settlement, but in terms which do not disclose the positions of the parties.

        c.    Absent settlement, the case shall proceed as set forth herein.

    2.    By December 31, 2002, Defendants shall notify the Court if they contend that the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §2000cc is unconstitutional.



      a.    The trial of this case shall not be delayed by virtue of any such contention or by the addition of any parties.

      b.    Plaintiff, Defendants, and any added parties, shall be given adequate opportunity to present their positions with regard to Constitutional issues, post trial if necessary.

3.    There shall be a joint trial of all issues in the instant case, together with all common issues in the case of <u>Siler v. Simms</u>, MJG-98-3142.

4.    By January 20, 2003:

      a.    The Pretrial Order shall be filed.

      b.    Any motions in limine shall be filed.

5.    Plaintiff shall arrange for a pretrial conference to be held during the week of January 27, 2003.

6.    Bench trial shall be held during February of 2003 with an estimate of a maximum length of two trial days.

      a.    The trial is currently scheduled to be held on successive Fridays, February 14 and 21, 2003.

      b.    Any party's religious needs, such as a need for time to engage in prayer on Fridays, shall be accommodated to the extent feasible.

          (1)    If any party's religious needs cannot be accommodated or if any party objects to a trial on Friday for religious reasons, the case shall be rescheduled to another day.

      (2)    The parties shall advise the Court of any object to Friday sessions and/or requested religious accommodation by December 1, 2002.

SO ORDERED this _31st_ day of October, 2002

                        _/s/ Marvin J. Garbis_
                        Marvin J. Garbis
                 United States District Judge