IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRANDISON | * | |
| Plaintiff | | |
| | * | |
| v. | | Civil Action No. MJG-94-204 |
| | * | |
| RICHARD LANHAM, COMM. OF CORRECTIONS, et al | * | |
| Defendants | ****** | |

ORDER

For good cause shown to the Court, it is this __17th__ day of __January__, 2003____, by the United States District Court for the District of Maryland,

ORDERED*  that the below listed papers be **placed under seal** pending further order of Court:

**Settlement Conference Tape Recording**

_____
HONORABLE JAMES K. BREDAR
United States Magistrate Judge

\* Except that counsel of record in this matter may have complete access to this tape recording, and may have it transcribed, if necessary, said transcript to then also be SEALED.

U.S. District Court (Rev. 5/2001) - Sealing Order